249 So.2d 202

**Jack B. GRAY**

v.

**The LOUISIANA POWER AND LIGHT COMPANY.**

**No. 51488.**

June 21, 1971.

In re: Jack B. Gray applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 247 So.2d 137.

Application denied. The record before us does not disclose any error of law.

249 So.2d 202

**J. C. SINGLETON**

v.

**YOUNGER BROTHERS, INC. and Employers Mutual Liability Ins. Co. of Wisconsin.**

**No. 51483.**

June 21, 1971.

In re: Younger Brothers, Inc. and Employers Mutual Liability Insurance Company of Wisconsin applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 247 So.2d 273.

Application denied. No error of law in the judgment.